# EXHIBIT B1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA : CASE NO. 3:10cr222(RNC)

v.

ROBERT RIVERNIDER, JR.

**[MOST CONSERVATIVE PROPOSED] RESTITUTION ORDER**

Under 18 U.S.C. §§ 3663A and 3664, the defendant, Robert Rivernider, Jr., shall pay restitution for the harms directly and proximately caused by the conspiracies and schemes of which the defendant was a knowing and willful participant. As a result, and in light of the defendant's guilty pleas, the hearings and other evidence presented concerning the criminal conduct and resulting losses, the Court hereby orders restitution be paid by the defendant, jointly and severally with the other defendants in this and related cases subject to a restitution order, in the total amount of $22,803,493.37, as set forth below:

| **Name** | **Amount** |
|---|---|
| **NMB Victims** | |
| Adelaida Corsiles | $12,250 |
| Estate of Al Vigil | $18,100 |
| Brook Strebe | $5,125 |
| Dan Fallow | $33,820 |
| David Profetta | $30,400 |
| Dawn Rees | $10,000 |
| Lou Carlson | $32,400 |
| Maria Martins | $44,000 |
| Meryl Leppard | $52,010 |
| Michelle Rementaria | $11,650 |
| Norman Morrison | $25,000 |
| Paul Wireman | $8,200 |
| Richard Brooks | $36,000 |
| Richard M. Myers | $28,000 |
| Rob & Teresa Weber | $5,276 |
| Robben & Mark West | $66,500 |
| Sam Glass | $10,735 |
| Scott Meyer (Meyer's Motors) | $46,000 |

| Name | Amount |
|---|---|
| Susan Hallinan | $16,220 |
| Teresa Malachowski (Krolak) | $63,000 |
| Virginia Coester | $36,420 |
| Vivian & Richard Russell | $73,500 |
| One Time NMB Investors Subtotal $664,606 | |
| | |
| Eric Reid – JH Reid | $144,375 |
| Jeremy Crane Chimney Sweep | $20,000 |
| Joel Borovay | $92,000 |
| Joseph Sweitzer | $62,600 |
| Lee Stokes | $17,460 |
| Michael Mastoris | $318,912 |
| Michael McNeal | $46,500 |
| Rex Allen | $12,600 |
| Robert Forshner | $32,000 |
| Sielto DaCosta | $9,000 |
| Maureen Walters | $80,000 |
| Remaining NMB Investors (Losses on Final Investment) Subtotal $835,447 | |
| Total NMB Losses $1,500,053 | |
| **Lender Victims** | |
| Aurora Commercial Corp,<br>Attn: Jessica Farrera<br>10350 Park Meadows, Suite 200<br>Littleton, CO 80124 | $90,515.27 |
| Bank of America | $1,172,239.85 |
| Bayview Loan Services,<br>c/o Nicole Alvarez<br>4425 Ponce De Leon Blvd<br>Coral Gables, FL 33146 | $375,000 |
| Deutsche Bank Trust Company<br>As Trustee For RALI 2006QA7,<br>c/o Homecomings Financial, LLC<br>One Meridian Crossing, Suite 100<br>Minneapolis, MN 55423 | $309,000 |

| **Name** | **Amount** |
|---|---|
| Fannie Mae<br>Attn: Accounting<br>14221 Dallas Parkway, Suite 1000<br>Dallas, TX 75254 | $ 1,796,206.68 |
| Federal Home Loan Mortgage Corporation (Freddie Mac)<br>Attn: Dominc Ducanes<br>8200 Jones Branch Drive<br>Mail Stop 202<br>McLean, VA 22102 | $ 1,820,290 |
| HSBC Bank USA, Association, as Trustee for WFLAT 2007-PA06 (Wells Fargo)<br>3476 Stateview Boulevard, MAC #X7801-013<br>Fort Mill, SC 29715 | $496,587.30 |
| INDYMAC Bank FSB<br>888 East Walnut Street<br>Pasadena, CA 91101 | $250,840 |
| INDYMAC Bank, FSB<br>2900 Eseranza Crossing<br>Austin, TX 78758 | $181,192 |
| JP Morgan Chase Bank, NA,<br>c/o Linda S. Lewis<br>1 Chase Manhattan Plaza<br>26th Floor<br>New York, NY 10005 | $569,708.90 |
| Kondaur Capital Corporation,<br>Attn: Cindy Lan<br>333 South Anita Drive, Suite 400<br>Orange, CA 92868 | $141,190.50 |
| Nationstar Mortgage LLC, Master Servicing<br>IR Attention Teresa Howell<br>10350 Park Meadows Suite 300<br>Littleton, CO 80124 | 528,768.95 |
| Nationstar Mortgage LLC, Master Servicing –<br>MS Attention Teresa Howell<br>10350 Park Meadows Suite 300<br>Littleton, CO 80124 | $3,734.604.39 |

| **Name** | **Amount** |
|---|---|
| Selene Finance<br>9990 Richmond Avenue<br>Suite 400<br>South Houston, TX 77042-4546 | $285.823.50 |
| Specialized Loan Servicing, LLC<br>8742 Lucent Boulevard<br>Highlands Ranch, CO 80129 | $236,012.24 |
| Suntrust Mortgage, Inc.<br>1001 Semmes Avenue, 4th Floor<br>Richmond, VA 23224 | $2,948,399.79 |
| The CIT Group/Consumer Finance Inc.<br>c/o Van Ness Law Firm, P.A. Trust Account<br>1239 E. Newport Center Drive, Suite #110<br>Deerfield Beach, FL 33442 | $224,358.22 |
| US Bank National Association<br>as Trustee for Lehman Brothers - BNC Mortgage Loan Trust 2007-2,<br>10790 Rancho Bernando Road<br>San Diego, CA 92127 | $226,413.47 |
| US Bank National Association<br>As Trustee for Lehman Brothers - Structured Asset Securities Corporation<br>SAAC0 2007-BC3<br>1661 Worthington Road, #100<br>West Palm Beach, FL 33409 | $168,739.93 |
| US Bank National Association as Trustee for The Structured Asset Securities Corporation Mortgage Pass - Through Certificates, Series 2006-BC4, c/o American Servicing Company,<br>3476 Stateview Blvd<br>Fort Mills, SC 29715 | $183,381.74 |
| Wells Fargo, NA<br>3476 Stateview Blvd<br>Fort Mills, SC 29715 | $4,590,040.89 |
| Wells Fargo, NA,<br>As Trustee for RMAC REMIC Trust, Series 2009-3<br>c/o Rose Lara<br>7515 Irvine Center Drive, Irvine, CA 92618 | $217,950 |

| | |
|---|---|
| Wells Fargo, NA,<br>As Trustee On Behalf Of The Certificate Holders,<br>Master Asset Backed Securities 2007-NCW Mortgage Pass - Through Certificates; Series 2007-NCW, CA6-920-02-21<br>2900 N. Madera Road, Simi Valley, CA 93065 | $205,836.15 |
| Subtotal: $21,303,440.37 | |
| **Combined Total** | **$22,803,493.37** |

The defendant shall make monthly payments in the amount of $___ on the fifteenth day of each calendar month during the first ___ months following his release from imprisonment. The defendant shall make checks payable to the order of "Clerk, U.S. District Court," and checks shall be mailed to: Clerk's Office, U.S. District Court, 450 Main Street, Hartford, CT, 06103. The defendant shall write the docket number of the case on each check sent to the Clerk's Office. Each payment will be for the benefit of the victims named above on a basis that is *pro rata* with the amounts of their respective losses. The Clerk's Office shall distribute the monies received to each victim when, in the determination of the Clerk's Office, the monies received are of sufficient size to warrant distribution.

Nothing in this order shall prevent the Bureau of Prisons from implementing restitution payments in accordance with its inmate financial obligations programs. As required by 18 U.S.C. § 3664, the Court arrived at the schedule for restitution payments after considering the losses sustained by the victims as a result of the defendant's offense, the defendant's financial resources, the financial needs and earning ability of the defendant and any dependents, and the defendant's potential earning power.

The defendant shall make full and complete financial disclosure to the United States Probation Office as instructed by that Office during the defendant's period of supervised release.

The defendant shall notify the Court and the United States Attorney's Office of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay restitution. The Court notes that a victim, the Government or the offender may petition the Court at any time to modify this restitution order, as appropriate, in view of a change in the economic circumstances of the offender.

**It is so ordered**.

Dated at Hartford, Connecticut on this _______ day of ____________________________, 2014.

_____________________
Robert N. Chatigny
United States District Judge