# EXHIBIT C1

**Mathematical Calculation of Loss Amounts for Victims of NMB**

| # of Investor | Investor Name | NMB Investment Plan or Investment | Date Deposited into Cut Above | Last payment month per records and 302s | Promised 10% Per Month or as stated on plan | Date Payments to Start | Calculation for Estimate of amount Paid Back | Mathematical Estimate of amount Paid Back | TOTAL Mathematical Loss based on # of Mo. * Mo. % | Total of Identified Bills Paid | Additional Payments Credited but Not Identified | Prior Estimated Net Loss Crediting Not Identified payments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Adelaida Corsilles | $132,850.00 | 3/19/2007 | Jan 2008 | 13,400.00 | 5/1/07 | 13,400*9 | 120,600.00 | 12,250.00 | -$48,277.94 | -$56,052.42 | $28,519.64 |
| 2 | Al Vigil<br><br>fee | $30,500.00<br>$10,000.00<br>$4,500.00 | 5/16/2007<br>6/8/2007<br>6/20/2007 | "7 or 8 pmts" | 3,050.00<br>1,000.00 | 7/1/07<br>7/1/07 | 3,050*8<br>1000*8 | 24,400.00<br>8,000.00 | 16,100.00<br>2,000.00<br>18,100.00 | -$14,221.00 | -$6,100.00 | $20,179.00 |
| 3 | Brian Grubb | $35,000.00 | 3/1/2007 | Jan 2008 | 3,500.00 | 4/15/07 | 3,500*10 | 35,000.00 | 0.00 | -$3,500.00 | -$24,500.00 | $7,000.00 |
| 4 | Brook Strebe | $30,500.00 | 4/30/2007 | Jan 2008 | 3,625.00 | 6/15/07 | 3,625*7 | 25,375.00 | 5,125.00 | -$14,271.00 | -$400.00 | $15,829.00 |
| 5 | Dan Fallow | $100,000.00 | 6/14/2007 | "3 pmts" | 11,030.00 | 8/1/07 | 11,030*6 | 66,180.00 | 33,820.00 | -$10,500.00 | -$61,500.00 | $28,000.00 |
| 6 | David Profetta | $38,000.00 | 9/13/2007 | Jan 2008 | 3,800.00 | 12/1/07 | 3,800*2 | 7,600.00 | 30,400.00 | $0.00 | $0.00 | $38,000.00 |
| 7 | Dawn Rees | $20,000.00 | 7/20/2007 | Jan 2008 | 2,000.00 | 9/15/07 | 2,000*5 | 10,000.00 | 10,000.00 | -$1,000.00 | -$10,000.00 | $9,000.00 |
| 8 | Lou Carlson | $40,500.00 | 9/14/2007 | Jan 2008 | 4,050.00 | 12/1/07 | 4,050*2 | 8,100.00 | 32,400.00 | -$6,000.00 | $0.00 | $34,500.00 |
| 9 | Maria Martins | $46,000.00 | 9/26/2007 | March 2008 | 3,554.00 | 11/1/07 | 2,000*1 | 2,000.00 | 44,000.00 | -$2,000.00 | -$10,662.00 | $33,338.00 |
| 10 | Meryl Leppard | $82,010.00 | 9/13/2007 | Jan 2008 | 10,000.00 | 11/1/07 | 10,000*3 | 30,000.00 | 52,010.00 | -$11,300.00 | $0.00 | $70,710.00 |
| 11 | Michelle Rementaria | $40,000.00 | 5/8/2007 | Jan 2008 | 4,050.00 | 7/1/07 | 4,050*7 | 28,350.00 | 11,650.00 | -$22,250.00 | $0.00 | $17,750.00 |
| 12 | Norman Morrison | $125,000.00 | 5/2/2007 | Jan 2008 | 12,500.00 | 6/15/07 | 12,500*8 | 100,000.00 | 25,000.00 | -$79,732.85 | -$5,767.15 | $39,500.00 |
| 13 | Paul Wireman<br>-5,000 fee | $48,613.70<br>$33,386.30 | 3/14/2007<br>3/5/2007 | Based on copies of wires in | 4,861.37<br>3,338.63<br>8,200.00 | 5/1/07 | 8,200*9 | 73,800.00 | 8,200.00 | -$55,700.00 | $0.00 | $26,300.00 |
| 14 | Richard Brooks | $120,000.00 | 6/1/2007 | "Stopped recving pmts in early 2008" | 12,000.00 | 7/15/07 | 12,000*7 | 84,000.00 | 36,000.00 | -$59,890.00 | $0.00 | $60,110.00 |

| # of Investor | Investor Name | NMB Investment Plan or Investment | Date Deposited Into Cut Above | Last payment month per records and 302s | Promised 10% Per Month or as stated on plan | Date Payments to Start | Calculation for Estimate of amount Paid Back | Mathematical Estimate of amount Paid Back | TOTAL Mathematical Loss based on # of Mo. * Mo. % | Total of Identified Bills Paid | Additional Payments Credited but Not Identified | Prior Estimated Net Loss Crediting Not Identified payments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 15 | Richard M. Myers | $40,000.00 | 11/20/2007 | Jan 2008 | 4,000.00 | 11/20/07 | 4,000*3 | 12,000.00 | 28,000.00 | $0.00 | $0.00 | $40,000.00 |
| 16 | Rob & Teresa Weber | $30,500.00 | 5/1/2007 | Jan 2008 | 3,153.00 | 6/15/07 | 3,153*8 | 25,224.00 | 5,276.00 | -$16,365.00 | $0.00 | $14,135.00 |
| 17 | Robban & Mark West | $100,000.00 | 9/25/2007 | March 2008 | 9,500.00 | 12/1/07 | 9,500*3 | 28,500.00 | 66,500.00 | -$10,223.00 | -$2,477.00 | $87,300.00 |
| 18 | Rob Porter<br>5,000 fee subtracted | $20,560.00<br>$44,440.00 | 2/12/2007<br>2/13/2007 | Jan 2008<br>Jan 2008 | 2,056.00<br>4,444.00 | 4/1/07<br>4/1/07 | 2,056*10<br>4,444*10 | 20,560.00<br>44,440.00 | 0.00<br>0.00<br>0.00 | -$20,264.00 | -$15,165.30 | $24,570.70 |
| 19 | Sam Glass | $45,910.00 | 3/28/2007 | Jan 2008 | 5,025.00 | 6/15/07 | 5,025*7 | 35,175.00 | 10,735.00 | -$35,175.00 | $0.00 | $10,735.00 |
| 20 | Scott Meyer (Meyer's Motors)<br>-4,000 fee | $74,000.00 | 9/12/2007 | Feb 2008 | 7,000.00 | 11/1/07 | 7,000*4 | 28,000.00 | 46,000.00 | -$24,706.00 | -$3,294.00 | $42,000.00 |
| 21 | Susan Hallinan | $32,440.00 | 7/23/2007 | Jan 2008 | 3,244.00 | 9/1/07 | 3,244*5 | 16,220.00 | 16,220.00 | -$16,160.04 | -$3,303.96 | $12,976.00 |
| 22 | Teresa Malachowski (Krolak) | $90,000.00 | 6/14/2007 | "stopped in Oct 2007" | 9,000.00 | 8/1/07 | 9,000*3 | 27,000.00 | 63,000.00 | -$2,500.00 | -$36,000.00 | $51,500.00 |
| 23 | Virginia Coester | $65,000.00 | 6/13/2007 | Jan 2008 | 6,070.00 | 8/1/07 | 6,070*6 | 36,420.00 | 36,420.00 | -$14,340.00 | $0.00 | $50,660.00 |
| 24 | Vivian & Richard Russell | $105,000.00 | 9/24/2007 | Feb 2008 | 10,500.00 | 12/1/07 | 10,500*3 | 31,500.00 | 73,500.00 | -$21,985.72 | -$8,301.00 | $74,713.28 |
| | NMB Loss Range | Single Investments | | | | | | | $ 664,606.00 | | | $837,325.62 |
| | | Multiple Investments | | | | | | | | | | |
| M -1 | Donna Moore<br>FEE | $20,000.00<br>$123,000.00<br>-$6,000.00<br>$137,000.00 | 9/11/2006<br>11/21/2006 | | 3,000.00<br>10,700.00<br>13,250*10<br>16,583.00 | 6/1/07 | 13,250*10<br>16,583.00 | 39,750.00<br>116,081.00 | 0.00 | -$55,759.45 | $0.00 | $81,240.55 |
| | | $25,000.00 | 1/3/2007 | 20% plan | 5,000.00 | | 5,000*12 | 60,000.00 | 0.00 | NO payments identified | * | $25,000.00 |

**Mathematical Calculation of Loss Amounts for Victims of NMB**

| # of Investor | Investor Name | NMB Investment Plan or Investment | Date Deposited into Cut Above | Last payment month per records and 302s | Promised 10% Per Month or as stated on plan | Date Payments to Start | Calculation for Estimate of amount Paid Back | Mathematical Estimate of amount Paid Back | TOTAL Mathematical Loss based on # of Mo. * Mo. % | Total of Identified Bills Paid | Additional Payments Credited but Not Identified | Prior Estimated Net Loss Crediting Not identified payments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M -2 | Jim Reid- Main Acct | $130,000.00 | 1/5/2007 | | 13,000.00 | | 13,000*12 | 156,000.00 | 0.00 | | | |
| M-3 | Eric Reid | $12,500.00 | 12/18/2006 | 15% | 1,875.00 | | 1,875*13 | 24,375.00 | 0.00 | | | |
| | Eric Reid | $12,500.00 | 12/18/2006 | 15% | 1,875.00 | | 1,875*13 | 24,375.00 | 0.00 | | | |
| | Eric Reid | $71,250.00 | 1/5/2007 | 15% | 10,687.50 | | 10,687.50*12 | 128,250.00 | 0.00 | | | |
| | JH Reid General Contracting | $100,000.00 | 1/9/2007 | | 10,000.00 | | 10,000*12 | 120,000.00 | 0.00 | | | |
| | Eric Reid - JH Reid | $300,000.00 | 3/30/2007 | Feb 2008 | 31,125.00 | 5/15/07 | 31,125*10 | 311,250.00 | 0.00 | | | |
| | | $300,000.00 | 8/2/2007 | Feb 2008 | 31,125.00 | 10/1/07 | 31,125*5 | 155,625.00 | 144,375.00 | -$262,404.22 | $0.00 | $337,695.78 |
| M-4 | Jeremy Crane Amy Crane 5,000 fee subtracted | $65,000.00 | 9/21/2006 | "about a year" | 6,585.00 | 11/15/06 | 6,585*12 | 79,020.00 | 0.00 | | | |
| | Mc Manufacturing, Amy Crane, Jeremy Crane Chimney Sweep | $20,000.00 | 8/28/2007 | "No payments" | 2,000.00 | 12/1/07 | 0.00 | 0.00 | 20,000.00 | -$15,433.00 | -$11,067.00 | $63,500.00 |
| M-5 | Joel Borovay | | | | | | | | | | | |
| | 5,000 fee subtracted | $110,000.00 | 9/12/2007 | "only 2 November and December" - possibly a third | 11,000.00 | 12/1/07 | 11,000*4 | 44,000.00 | 66,000.00 | | | |
| | 20% plan | $40,000.00 | 9/25/2007 | one $14,000 check | 8,000.00 | 12/1/07 | 14,000*1 | 14,000.00 | 26,000.00 | | | |
| | | | | | | | | | 92,000.00 | -$55,675.84 | $0.00 | $94,324.16 |
| M-6 | Joseph Sweitzer | $95,000.00 | 4/19/2007 | Jan 2008 | 9,500.00 | 5/1/07 | 9,500*9 | 85,500.00 | 9,500.00 | | | |
| | minus $5,000 fee | $59,000.00 | 1/15/2008 | Jan 2008 | 5,900.00 | 1/15/08 | 5,900*1 | 5,900.00 | 53,100.00 | | | |
| | | | | | | | | | 62,600.00 | -$52,583.94 | -$8,916.06 | $92,500.00 |
| M-7 | Lee Stokes | $67,400.00 | 3/1/2007 | Jan 2008 | 6,740.00 | 4/1/07 | 6,740*10 | 67,400.00 | 0.00 | | | |
| | Tammy S Perger Stokes & Perger Lee Stokes | $19,400.00 | 1/18/2008 | Jan 2008 | 1,940.00 | 1/18/08 | 1,940*1 | 1,940.00 | 17,460.00 | | | |
| | | | | | | | | | 17,460.00 | -$65,659.32 | $0.00 | $21,140.68 |
| M-8 | Michael Mastoris | $250,000.00 | 9/13/2006 | | 25,000.00 | 9/13/06 | 25,000*16 | 400,000.00 | 0.00 | | | |
| | | $100,000.00 | 12/11/2006 | | 10,000.00 | 12/11/06 | 10,000*13 | 130,000.00 | 0.00 | | | |
| | | $25,000.00 | 12/13/2006 | | 2,500.00 | 12/13/06 | 2,500*13 | 32,500.00 | 0.00 | | | |
| | | $500,000.00 | 12/18/2006 | | 50,000.00 | 12/18/06 | 50,000*13 | 650,000.00 | 0.00 | | | |
| | | $75,000.00 | 2/20/2007 | | 7,500.00 | 2/20/07 | 7,500*11 | 82,500.00 | 0.00 | | | |
| | | $190,000.00 | 6/8/2007 | Jan 2008 | 19,000.00 | 6/8/07 | 19,000*8 | 152,000.00 | 38,000.00 | | | |
| | | $100,000.00 | 8/14/2007 | Jan 2008 | 10,000.00 | 8/14/07 | 10,000*6 | 60,000.00 | 40,000.00 | | | |
| | | $51,030.00 | 8/16/2007 | Jan 2008 | 5,103.00 | 8/16/07 | 5,103*6 | 30,618.00 | 20,412.00 | | | |

Mathematical Calculation of Loss Amounts for Victims of NMB

| # of Investor | Investor Name | NMB Investment Plan or Investment | Date Deposited into Cut Above | Last payment month per records and 302s | Promised 10% Per Month or as stated on plan | Date Payments to Start | Calculation for Estimate of amount Paid Back | Mathematical Estimate of amount Paid Back | TOTAL Mathematical Loss based on # of Mo. * Mo. % | Total of Identified Bills Paid | Additional Payments Credited but Not Identified | Prior Estimated Net Loss Crediting Not Identified payments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | $245,000.00 | 4/1/2008 | | 24,500.00 | | 24,000*1 | 24,500.00 | 220,500.00 | | | |
| | | $1,536,030.00 | | | | | | 1,562,118.00 | **318,912.00** | -$1,093,996.84 | $0.00 | $442,033.16 |
| M-9 | Michael McNeal | $50,000.00 | 5/11/2007 | "7 pmts" | 5,000.00 | 7/1/07 | 5,000*7 | 35,000.00 | 15,000.00 | | | |
| | | $35,000.00 | 10/12/2007 | "only 1 payment" | 3,500.00 | 1/1/08 | 3,500*1 | 3,500.00 | 31,500.00 | -$21,824.82 | -$45,901.00 | $17,274.18 |
| | | | | | | | | | **46,500.00** | | | |
| M-10 | Rex Allen | $28,000.00 | 2/15/2007 | "Stopped recving pmts after Jan." | 2,800.00 | 4/1/07 | 2,800*10 | 28,000.00 | 0.00 | $0.00 | -$25,000.00 | |
| | | $42,000.00 | 7/17/2007 | | 4,200.00 | 7/17/07 | 4,200*7 | 29,400.00 | 12,600.00 | $0.00 | -$16,800.00 | |
| | | | | | | | | | **12,600.00** | $0.00 | -$41,800.00 | $28,000.00 |
| M-11 | Robert Forshner / Miriam Forshner | $81,699.00 | 12/20/2006 | | 8,170.00 | 2/1/07 | 8,170*12 | 98,040.00 | 0.00 | | | |
| | | $40,000.00 | 12/5/2007 | Feb 2008 | 4,000.00 | 12/5/07 | 4,000*2 | 8,000.00 | **32,000.00** | -$46,056.67 | -$26,430.60 | $49,211.73 |
| M-12 | Siello DaCosta | $40,000.00 | 3/15/2007 | Jan 2008 | 4,000.00 | 5/1/07 | 4,000*9 | 36,000.00 | 4,000.00 | | | |
| | | $10,000.00 | 9/12/2007 | Jan 2008 | 1,000.00 | 9/10/07 | 1,000*5 | 5,000.00 | 5,000.00 | | | |
| | | | | | | | | | **9,000.00** | -$37,758.70 | -$6,241.30 | $6,000.00 |
| M-13 | Maureen Walters | $205,000.00 | | | 27,000.00 | 7/1/06 | 27,000*13 | 351,000.00 | 0.00 | | | |
| | | $100,000.00 | 11/2/2007 | Feb 2008 | 10,000.00 | 12/15/07 | 10,000*2 | 20,000.00 | **80,000.00** | -$10,000.00 | * | $90,000.00 |

| | | | | |
|---|---|---|---|---|
| NMB Loss Range | Multiple Investments | Calculation of Loss - BOLD Items Only | 835,447.00 | $1,347,820.24 |
| | | Total Loss | $1,500,053.00 | $2,185,145.86 |
| | | | | $2,170,145.86 |

* Reduced Loss for Walters by $10,000 and increased loss for Moore by $25,000. -$15,000.00