UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Robert H. Rivernider, Jr.      :

v.                             :       Case No. 3:14-cv-01000(RNC)
                                                3:10-cr-222(RNC)
United States                  :

**EMERGENCY MOTION FOR IMMEDIATE RELEASE
RE: CORONA VIRUS PANDEMIC**

Come now, Rivernider, moves for immediate release from the PETRI-DISH, germ infected, unsanitary prison system that already has a flu pandemic and will shortly experience the DEADLY COVID-19, or Corona Virus, PANDEMIC sweeping the WORLD.

According to a report by "The Marshall Project: When Purell is Contraband, How Do You Contain it?" (March 6, 2020) "It is only a matter of time before the virus reaches BOP facilities." In prison "Access to toilet paper or tissues is limited, there is no alcohol-based sanitizer, and you live on top of hundreds of people, meaning a virus like COVID-19 will spread like a prairie fire." I currently live in a 160 square foot cube with 4 men, breathing, sneezing, coughing, farting, etc.. Forced to eat in a chow hall with over 200 men sharing trays, cups, utensils that are not properly cleaned because the BOP is exempt from most health regulations.

According to a report in "The Hill, 4 ways to protect our jails and prisons from coronavirus" (February 29, 2020):

"COVID-19 will remind us of a central hypocrisy in our approach to health behind bars. We've built the world's largest collection of jails and prisons, and kept the health services in these places remarkably separate from the rest of our national health systems. The CDC, state departments of health, the Joint Commission and other bodies that promote evidence-based care in our hospitals, ambulatory care clinics and nursing homes are largely absent in these settings. As a result, management of this pandemic will be harder and less effective for incarcerated people, their families and staff in these institutions." (In other words **IT SUCKS**)

According to the government those most at risk are those who currently have heart disease, diabetes, hypertension, etc.

As of this month it has been a full two (2) years since I have seen a cardiologist who reviewed my medical records and my medications to see if I am taking the correct medicine or even reviewed my medical condition after having open-heart surgery. This **DEADLY DISEASE** puts me at an elevated risk every second I remain incarcerated.

**A WORLDWIDE PANDEMIC IS AN EXTRAORDINARY AND COMPELLING REASON FOR RELEASE.**

IRAN just released 57,000 prisoners, according to CNN, March 10, 2020.

Rivernider has now served an effect sentence/punishment of 137 months of a 2-3 year "plea deal." 79 months in prison, 34 months on supervised house arrest, earned 12 months good time credit, and is eligible for 12 months halfway house/home confinement. Once this facility begins calculating First Step Act credits I could be eligible for 7 additional months of home confinement, or a total effective sentence of 144 MONTHS. As previously argued, which has not been disputed or denied, the Court disclosed that the 144 month sentence it imposed was

2

unconstitutional as it increased the sentence because the defendant chose "TO FIGHT" the case after learning the diagnosis of a mental condition was "FRANKLY ABSURD" and the "PLEA DEAL" that induced the mid-trial pleas would not be honored. See Brown v Poole, 337 F.3d 1155, 1159(9th Cir 2003) "the terms of oral plea agreements are enforceable."

This Court has before it a motion for sentence reduction under § 3582, motion for habeas corpus relief under § 2255, and previously bail motions, any of which the Court can utilize to reduce the sentence to **TIME SERVED** or order the BOP to release the over-incarcerated Rivernider on house arrest or bail, before the CORONAVIRUS spreads through the BOP.

Should the Court require a hearing it must be either by video or telephone as travel through the BOP system will be deadly.

CONCLUSION

This is an EMERGENCY. As such the Court MUST act IMMEDIATELY and order the BOP to release this non violent first time offender, who was a crime victim, from custody.

Pursuant to 28 U.S.C. § 1746, I certify that the foregoing is true and accurate to the best of my knowledge, information, and belief.

Robert H. Rivernider, Jr.

Signed this 10th day of March, 2020.