JUN 26 2023 PM2:44
FILED-USDC-CT-HARTFORD

UNITED STATES OF AMERICA

DISTRICT OF CONNECTICUT


United States

v.                                                      Case: 3:10-cr-222
                                                        3:14-cv-01000

Robert "HUNTER BIDEN" Rivernider   /          June 21, 2023


## MOTION TO IDENTIFY AS "HUNTER BIDEN"


Comes now defendant, Robert "HUNTER BIDEN" Rivernider, files this motion informing the government and the court that it shall identify and treat the defendant in the above-captioned case as "HUNTER BIDEN" from this point forward.


## ARGUMENT


As this court has refused to recognize FRAUD ON THE COURT and the Supreme Court's instructions that FRAUD vitiates everything it touches, a mockery has been made of the entire process just as the Department of INJustice has made a mockery of the rule of law, see United States v, HUNTER BIDEN. For example in the above-captioned case against the peasant:


1. This Court ignored the fraudulent claim made by Tosha Wade, in coordination with the prosecutors, that the defendants sold the one-bedroom units at the Sterling Residences for $220,000. Instead, the court relied on this suborned perjured testimony from the government's star witness to sentence the defendants and imposed a restitution order

1

based on the testimony of the perjurer. "HUNTER BIDEN", then known as Rivernider, has requested numerous times the court order the government to provide at least one address of a one-bedroom property at The Sterling that sold for even close to that amount, but the court ignored the request, no doubt knowing that the government can not provide the address because it did not happen and the government knows it. This testimony is the basis for the allegation that the defendants inflated property values which formed the basis for the draconian lifetime sentence and restitution order that continues to victimize and punish the peasants. This is known as FRAUD ON THE COURT and **vitiates everything it touches**[1],[2],[3],[4]

2. The government submitted a restitution order and victim count that includes at least 2 *buyers* of foreclosed properties, Selene Financial and Kondauer Capital, claiming they were downstream lenders, but they were not. This gave the government a 2-point victim enhancement and increased the loss amount, possibly another 2 points, to inflate the perceived sentence.

This is another fraud on the court, that continues to be ignored, that was committed intentionally by the government prosecutors JOHN H. DURHAM and CHRISTOPHER W. SCHMEISSER. Case law is clear the entire sentence is invalid in this case. The court now threatens "HUNTER BIDEN" with prison if he does not pay the proper extortion money, in the fashion demanded by the government, that could illegally go to companies like Selene Financial. A company that purchased a property in 2011, flipped the property and made a $21,000 profit, according to public records, documents in discovery, and in the government prosecutors' possession. "HUNTER BIDEN" is ordered to pay $285,823.50 to Selene Finacial, who will get this money? See ECF. 728 and ECF 52 in

---

[1] *Gazette of the United States* (Philadelphia, PA) on January 30, 1793

[2] *The Evening Mail* (London, UK) on February 29, 1796

[3] Fraud vitiates everything it touches. (common law maxim) Nudd v. Burrows (1875) 91 U.S. 416

[4] Fraud vitiates the most solemn contracts, documents and even judgments. United States v. Throckmorton (1878) 98 JU.S. 61, 70

case 3:14-cv-01000. FRAUD, IGNORED BY THIS COURT, a clear plain error under United States v. Tran, 322 F.3d 798 (2nd Cir 2000), and despite the directive of the Supreme Court that the "court has a historical **DUTY** and *obligation* to set aside a judgment for fraud on the court" Hazel-Atlas Glass CO v. Harford Empire Co. 322 U.S. 238, 64 S. Ct. 997, 88 L.Ed. 1250 (1944).

3.  James W. Bergenn's affidavit and testimony. Complete SUBORNED PERJURY and the court knows it. In fact, the government and the court are in possession of evidence that proves it. This court, not only ignores the perjury but refuses to order the evidence to be preserved[5] so it can disappear like the videos requested of the courthouse and courtrooms in 2017. THIS MAKES A MOCKERY OF THE JUDICIAL SYSTEM.

4.  The court's restitution order requires the defendants to pay restitution to Lenders, NMB clients, who lent money at usurious interest rates. It is ILLEGAL, A CRIME, under Connecticut law, where the court resides, to even attempt to collect for lenders who lent money at usurious interest rates as the evidence at trial proved. Those ordering, threatening, and attempting to collect the extortion money ARE VIOLATING CONNECTICUT LAW. Of course, they are the elites who are above the law because they call themselves THE GOVERNMENT and as we see clearly from "THE DURHAM REPORT" the elites get away with everything.

5.  On June 21, 2023, John H. Durham testifies to Congress that he knew a potential witness's attorney but couldn't find the witness. HMMM, Sounds like Danny Trutman, Tosha Wade's boss who signed all the contracts at the Sterling, who Durham stated in September 2013 that he plead the 5th through his attorney but never turned over to the defense the name of the attorney preventing the defense from acting on a potential witness for the defense before trial, a clear BRADY VIOLATION committed by John H. Durham and appears to be the standard operating procedure.

___

[5] See 3:14-cv-01000 ECF. 247 denied by this court at ECF. 261

6. Does the Federal courthouse in Connecticut really have worse video surveillance equipment than Nancy Pelosi's hairdresser or was the video destroyed to cover up the perjury committed by James W. Bergenn after this court permitted former counsel to meet with the government to invent the perjured testimony that the court ignored and thereby permitted and condoned?

Based on recent rulings by THIS COURT in other cases anyone can identify as anything they like and therefore can identify as anyone they like.

## CONCLUSION

Defendant, "HUNTER BIDEN" hereby, demands the court refer to him/he/they/them/it as "HUNTER BIDEN" for all future proceedings and that the government treats this defendant as they did "HUNTER BIDEN." "HUNTER BIDEN" demands the court following the directive and order from the Supreme Court, dismiss the entire case, apologize to the defendants and their families, order the persecutors to do the same, and all resign.

Robert "HUNTER BIDEN" Rivernider
Pro Se
Counsel of Record

June 21, 2023

## CERTIFICATE OF SERVICE

Defendant Robert "Hunter Biden" Rivernider hereby certifies that a copy of this

letter was sent to:

US Attorney's Office
450 Main St.
Hartford, CT 06103

"HUNTER BIDEN"

June 21, 2023