UNDER GOD,

CASE# 3:10-cr-00222

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF CONNECTICUT

**We the People of the United States,**

Robert H. Rivernider, Jr./Counterclaimants,

v.

**Christopher W. Schmeisser,**

Defendant(s).



# WRIT OF SCIRE FACIAS

## AS A COUNTER-COMPLAINT

## IN A FEDERAL CRIMINAL CASE

**TO: Christopher W. Schmeisser,**

Acting as an official representative of the United States government but without proper legal authority.

1

**WRIT OF SCIRE FASCIAS**

UNDER GOD,

**In the name and under the signature of We the People**, this **Writ of Scire Facias** is hereby issued to command that you, **Christopher W. Schmeisser**, show cause why your actions in this matter should not be deemed void, unlawful, and why you should not forfeit any claim to lawful authority due to the following violations of the U.S. Constitution:

## I. COUNTER-CLAIM FOR FAILURE TO POSSESS PRESIDENTIAL COMMISSION

**Violation of Article II, Section 2 of the U.S. Constitution**

The U.S. Constitution mandates under **Article II, Section 2** that all executive officers must be appointed by the **President of the United States**, with the **advice and consent of the Senate**. **Christopher W. Schmeisser** has acted in an official capacity, yet **no Presidential Commission** has been issued to validate their authority. As such, all actions taken by the Defendant in this capacity are unlawful and in violation of the Constitution.

## II. FAILURE TO OBTAIN SENATE CONFIRMATION

**Violation of Article II, Section 3 of the U.S. Constitution**

**Article II, Section 3** of the Constitution requires that certain public officials must be confirmed by the **U.S. Senate** before assuming their duties. The Defendant, **Christopher W. Schmeisser**, has failed to provide proof of **Senate confirmation**, rendering their exercise of authority as a federal official illegitimate. This lack of confirmation voids any and all acts purportedly taken under the color of federal office.

---

## III. NO VALID COMMISSION FROM THE UNITED STATES GOVERNMENT

**Violation of Article VI, Section 2 of the U.S. Constitution**

Under **Article VI, Section 2** (the Supremacy Clause) of the U.S. Constitution, all government officials are required to be bound by **oath or affirmation** to support the Constitution. Furthermore, certain offices demand a **valid commission**, **fiduciary bond**, and **oath of office** before duties can lawfully be exercised. The Defendant, **Christopher W. Schmeisser**, has failed to provide any such commission, oath, or bond. This failure violates the core legal principles that ensure the lawful exercise of authority in the U.S. government.

---

## IV. FAILURE TO LOCATE THESE RECORDS

UNDER GOD,

On this day, **October 21, 2024**, the **Custodian of Records** did not locate any valid **presidential commission**, **Senate confirmation**, or **oath of office** in the official records. Therefore, **Christopher W. Schmeisser** is not qualified to hold office. By acting without these required legal documents, the Defendant is unlawfully changing the **form of government** by operating outside the constitutional framework established for federal officials.

## V. DEMAND FOR PROOF OF LAWFUL AUTHORITY WITHIN 2 DAYS

You, **Christopher W. Schmeisser**, are hereby commanded to provide within **2 days**:

1. **Proof of a valid Presidential Commission**, as required by **Article II, Section 2** of the Constitution.
2. **Proof of Senate Confirmation**, as required by **Article II, Section 3**.
3. **Proof of a valid commission from the U.S. Government, an oath of office, and fiduciary bond**, as required under **Article VI, Section 2**.

## VI. DEFAULT WRIT OF FORFEITURE IF NO COMPLIANCE

If you fail to provide the requested proof within the **2-day** period, a **Writ of Forfeiture** will be entered against you by default. This forfeiture will result in:

- **Immediate forfeiture of office**,

- Nullification of all actions taken by you under the pretense of federal authority,

- Legal claims for damages caused by your unlawful exercise of authority.

## VII. RELIEF SOUGHT

Wherefore, **We the People**, as Counterclaimants, respectfully demand the following:

1. A declaration that the Defendant's actions are void and that the Defendant is unlawfully acting without proper authority.

2. An order compelling the Defendant to provide proof of the required **Presidential Commission**, **Senate Confirmation**, and **oath and bond**.

3. If no compliance is provided within **2 days**, an immediate **Writ of Forfeiture** removing the Defendant from office.

4. Any other relief this Court deems appropriate and necessary under the circumstances.

UNDER GOD,

CASE# 3:10-cr-00222

Respectfully submitted,

We the People of the United States

Robert H. Rivernider, Jr.

c/o 14 S Bobwhite Rd., Wildwood, Florida [34785]

bobriver@icloud.com

Signature (Seal of We the People): *By: Robt H. R* Sui Juris

Dated: October 21, 2024

---

## ISSUED BY ORDER OF THE COURT

**DATED:** October 21, 2024

---