UNDER GOD,

CASE# 3:10-cr-00222

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF CONNECTICUT

---

**We the People of the United States,**

Robert H. Rivernider, Jr./Counterclaimants,

v.

**Christopher W. Schmeisser,**

Defendant.

*[RECEIVED stamp: OCT 25 [illegible] U.S. DISTRICT COURT HARTFORD, CONN.]*

---

## SUMMONS

---

**TO: Christopher W. Schmeisser,**

Acting as an official representative of the United States government without proper legal authority.

---

1

## YOU ARE HEREBY SUMMONED

to file a written response and provide proof of your lawful authority to hold office as a federal official, within **2 days** from the date of service of this summons. Your response must be filed with the Clerk of the Court at:

United States District Court

450 Main Street

Hartford, CT 06103

and a copy of your response must be served on the Plaintiff at the address provided below.

This summons is issued in conjunction with the **Writ of Scire Facias** filed by **We the People of the United States**, demanding that you provide:

1. **Proof of your valid Presidential Commission**, as required by **Article II, Section 2** of the U.S. Constitution.

2. **Proof of your valid Senate Confirmation**, as required by **Article II, Section 3** of the U.S. Constitution.

3. **Proof of a valid commission from the U.S. Government, your oath of office, and fiduciary bond**, as required by **Article VI, Section 2** of the U.S. Constitution.

UNDER GOD,

CASE# 3:10-cr-00222

## FAILURE TO COMPLY

Failure to provide the requested proof within the **2-day period** may result in a **Writ of Forfeiture** being issued by default. This forfeiture will result in:

1. **Immediate forfeiture of office**.

2. **Nullification** of all actions taken by you under the pretense of federal authority.

3. Potential **legal claims for damages** caused by your unlawful exercise of authority.

## REQUIRED RESPONSE

You are commanded to appear before this Court and provide the required documentation proving your lawful authority, or risk forfeiture of office and further legal penalties.

**Respectfully submitted,**

**We the People of the United States**

**Robert H. Rivernider, Jr.**

**c/o 14 S Bobwhite Rd**

**Wildwood, Florida [34785]**

**Signature (Seal of We the People):** _BF/Robt H. Rivernider_
Sui Juris

**Dated:** October 21, 2024

3

UNDER GOD,

CASE# 3:10-cr-00222

## ISSUED BY ORDER OF THE COURT

**DATED:** October 21, 2024

## NOTICE TO DEFENDANT

You must respond within **2 days** of receiving this summons. Failure to do so may result in default judgment against you, forfeiture of office, and other penalties as deemed appropriate by the Court.

**IN A FEDERAL CRIMINAL CASE**

**TO: John H. Durham**,

Acting as an official representative of the United States government but without proper legal authority.

**In the name and under the signature of We the People**, this **Writ of Scire Facias** is hereby issued to command that you, **Christopher W. Schmeisser**, show cause why your actions in this matter should not be deemed void, unlawful, and why you should not forfeit any claim to lawful authority due to the following violations of the U.S. Constitution:

4

**SUMMONS**

# I. COUNTER-CLAIM FOR FAILURE TO POSSESS PRESIDENTIAL COMMISSION

**Violation of Article II, Section 2 of the U.S. Constitution**

The U.S. Constitution mandates under **Article II, Section 2** that all executive officers must be appointed by the **President of the United States**, with the **advice and consent of the Senate**. **Christopher W. Schmeisser** has acted in an official capacity, yet **no Presidential Commission** has been issued to validate their authority. As such, all actions taken by the Defendant in this capacity are unlawful and in violation of the Constitution.

---

# II. FAILURE TO OBTAIN SENATE CONFIRMATION

**Violation of Article II, Section 3 of the U.S. Constitution**

**Article II, Section 3** of the Constitution requires that certain public officials must be confirmed by the **U.S. Senate** before assuming their duties. The Defendant, **Christopher W. Schmeisser**, has failed to provide proof of **Senate confirmation**, rendering their exercise of authority as a federal official illegitimate. This lack of confirmation voids any and all acts purportedly taken under the color of federal office.

---

## III. NO VALID COMMISSION FROM THE UNITED STATES GOVERNMENT

**Violation of Article VI, Section 2 of the U.S. Constitution**

Under **Article VI, Section 2** (the Supremacy Clause) of the U.S. Constitution, all government officials are required to be bound by **oath or affirmation** to support the Constitution. Furthermore, certain offices demand a **valid commission**, **fiduciary bond**, and **oath of office** before duties can lawfully be exercised. The Defendant, **Christopher W. Schmeisser,** has failed to provide any such commission, oath, or bond. This failure violates the core legal principles that ensure the lawful exercise of authority in the U.S. government.

## IV. FAILURE TO LOCATE THESE RECORDS

On this day, **October 21, 2024**, the **Custodian of Records** did not locate any valid **presidential commission, Senate confirmation,** or **oath of office** in the official records. Therefore, **Christopher W. Schmeisser** is not qualified to hold office. By acting without these required legal documents, the Defendant is unlawfully changing the **form of government** by operating outside the constitutional framework established for federal officials.

## V. DEMAND FOR PROOF OF LAWFUL AUTHORITY WITHIN 2 DAYS

You, **Christopher W. Schmeisser**, are hereby commanded to provide within **2 days**:

1. **Proof of a valid Presidential Commission**, as required by **Article II, Section 2** of the Constitution.

2. **Proof of Senate Confirmation**, as required by **Article II, Section 3**.

3. **Proof of a valid commission from the U.S. Government, an oath of office, and fiduciary bond**, as required under **Article VI, Section 2**.

## VI. DEFAULT WRIT OF FORFEITURE IF NO COMPLIANCE

If you fail to provide the requested proof within the **2-day** period, a **Writ of Forfeiture** will be entered against you by default. This forfeiture will result in:

- **Immediate forfeiture of office**,

- Nullification of all actions taken by you under the pretense of federal authority,

- Legal claims for damages caused by your unlawful exercise of authority.

## VII. RELIEF SOUGHT

Wherefore, **We the People**, as Counterclaimants, respectfully demand the following:

1. A declaration that the Defendant's actions are void and that the Defendant is unlawfully acting without proper authority.

2. An order compelling the Defendant to provide proof of the required **Presidential Commission, Senate Confirmation**, and **oath and bond**.

3. If no compliance is provided within **2 days**, an immediate **Writ of Forfeiture** removing the Defendant from office.

4. Any other relief this Court deems appropriate and necessary under the circumstances.

---

**Respectfully submitted,**

**We the People of the United States**

**Robert H. Rivernider, Jr.**

**c/o 14 S Bobwhite Rd., Wildwood, Florida [34785]**

**bobriver@icoud.com**

**Signature (Seal of We the People):** *By: [signature] Robt H. R*
*Sui Juris*

**Dated:** October 21, 2024

---

## ISSUED BY ORDER OF THE COURT

**DATED:** October 21, 2024


CC: 1. Connecticut Federal Grand Jury
    450 Main St., Hartford, CT 06103

  2. United States House of Representatives
     Speaker Michael Johnson

568 Cannon House Office Building
Washington, DC 20515

3. US House Judiciary Committee
Chairman Jim Jordan
2138 Rayburn House Building
Washington, DC 20515

4. US Senate Judiciary Committee
Chairman Richard Durbin
224 Dirksen Senate Office Building
Washington, DC 20510

5. Attorney General State of Florida
Attorney General Ashley Moody
Office of the Attorney General
State of Florida
PL-01, The Capitol
Tallahassee, FL 32399-1050

6. Attorney General State of Connecticut
Attorney General William Tong
Office of the Attorney General
165 Capitol Avenue
Hartford, CT 06106

7. The Connecticut General Assembly
Grand Jury
Legislative Office Building
300 Capitol Avenue RM 5300
Hartford, CT 06106

8. Governor Ned Lamont
State Capitol
210 Capitol Avenue
Hartford, CT 06103

9. Sumter County Florida Sheriff William Farmer
C/O Under Sheriff Patrick Breeden
7361 Powell Rd.
Wildwood, FL 34785

# IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

**We the People of the United States**,

Robert H. Rivernider Jr./Counterclaimants,

v.

**Christopher W. Schmeisser**,

Defendant.

# PROOF OF SERVICE

I, **Robert H. Rivernider, Jr.**, declare that on **October 21, 2024**, I served the **Summons, Writ of Scire Facias**, and all attached documents to the Defendant, **Christopher W. Schmeisser**, in the following manner:

**Certified Mail**: The documents were sent by certified mail, return receipt requested, to the Defendant's address as follows:

**Christopher W. Schmeisser**

**450 Main St.**

**Hartford, CT 06310**

## SERVICE DETAILS

- **Documents Served**:

    1. Summons

    2. Writ of Scire Facias

- **Date of Service**:

    **October 21, 2024**

- **Person Served**:

    **Christopher W. Schmeisser**

    **United States Assistant Attorney**

## DECLARATION

I declare that I am over the age of 18 years and not a party to this case. I have complied with all requirements for the proper service of documents under federal law and court rules.

**Respectfully submitted,**

Robert H. Rivernider Jr.

c/o 14 S Bobwhite Rd

Wildwood, Florida [34785]

bobriver@icloud.com

UNDER GOD,

CASE# 3:10-cr-00222

Signature: *Ract H. R_____*

Date: October 21, 2024

City/State: Wildwood, Florida

---

## NOTARY PUBLIC

**State of Florida**

Subscribed and sworn to before me on this October 21, 2024 by **Robert H. Rivernider**.

Notary Public Signature: *Robin M McColl__*

My Commission Expires: *March 20, 2028*

> ROBIN M. MCCOLLOUGH
> MY COMMISSION # HH 506466
> EXPIRES: March 20, 2028

CC: 1. Connecticut Federal Grand Jury
    450 Main St., Hartford, CT 06103

  2. United States House of Representatives
    Speaker Michael Johnson
    568 Cannon House Office Building
    Washington, DC 20515

  3. US House Judiciary Committee
    Chairman Jim Jordan
    2138 Rayburn House Building
    Washington, DC 20515

  4. US Senate Judiciary Committee
    Chairman Richard Durbin
    224 Dirksen Senate Office Building
    Washington, DC 20510

  5. Attorney General State of Florida
    Attorney General Ashley Moody

UNDER GOD,

CASE# 3:10-cr-00222

Office of the Attorney General
State of Florida
PL-01, The Capitol
Tallahassee, FL 32399-1050

6. Attorney General State of Connecticut
   Attorney General William Tong
   Office of the Attorney General
   165 Capitol Avenue
   Hartford, CT 06106


7. The Connecticut General Assembly
   Grand Jury
   Legislative Office Building
   300 Capitol Avenue RM 5300
   Hartford, CT 06106

8. Governor Ned Lamont
   State Capitol
   210 Capitol Avenue
   Hartford, CT 06106


9. Sumter County Florida Sheriff William Farmer

   C/O Under Sheriff Patrick Breeden
   7361 Powell Rd.
   Wildwood, FL 34785

4

**SUMMONS**