R. Rivernider
c/o 14 S Bobwhite Rd
Wildwood, Florida [34785]

POSTAGE PAI[D]
IMM 742.1/742[...]

FOREIGN OFF[ICE]

Connecticut Federal
Grand Jury
450 Main St
Hartford, CT 06103

X-RAY SCREEN COMPLETED