JAN 13 2026 PM 1:44
FILED-USDC-CT-HARTFORD

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA,

   Plaintiff,

v.                          Case No. 3:10-cr-00222

ROBERT HENRY RIVERNIDER, JR.,

   Defendant.

EMERGENCY MOTION FOR IMMEDIATE RELEASE

FOR LACK OF JURISDICTION

Defendant Robert Henry Rivernider, Jr., proceeding pro se, respectfully moves for immediate release from custody. This motion is based on the

1

Court's lack of jurisdiction and the pending Motion to Vacate and Dissolve Transfer Order for Fraud on the Court.

Defendant is currently incarcerated in Orange County, Florida, despite the expiration of supervised release and the absence of a valid transfer or violation proceeding. Defendant has now spent approximately seven months in county jail without lawful authority.

The alleged violations supporting Defendant's detention occurred, if at all, after supervised release had expired or were known but not reported prior to transfer. As set forth in Defendant's principal motion, all proceedings in the Middle District of Florida are void ab initio due to fraud on the Court and lack of jurisdiction.

Continued detention under a void transfer order constitutes irreparable harm and a manifest miscarriage of justice. Where jurisdiction is lacking, release is mandatory.

WHEREFORE, Defendant respectfully requests that this Court order his immediate release from custody pending resolution of the Motion to Vacate and Dissolve Transfer Order, and grant such other relief as justice requires.

Respectfully submitted,

Date: January 5, 2026

*Robert Henry Rivernider, Jr*

ELECTRONIC SIGNATURE: /S/ Robert Henry Rivernider, Jr

Pro Se Petitioner

With Permission

Jail ID No. 25041136

Orange County Corrections Dept.

3855 So John Young Pwky, Orlando, FL 32839

CERTIFICATE OF SERVICE

I, Robert H. Rivernider, Jr., hereby certify that a copy of this filing has been sent to the following:

3

1. U.S. Attorney's Office

    450 Main Street Room 328

    Hartford, CT 06103

2. US Probation & Parole Office

    450 Main Street 7th Floor

    Hartford, CT 06103

Date: January 5, 2026

*Robert Henry Rivernider, Jr*

ELECTRONIC SIGNATURE: /S/ Robert Henry Rivernider, Jr

With Permission