UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROBERT RIVERNIDER | : |
| | : Civil No. 3:10CR222 (RNC) |
| v. | : |
| | : |
| UNITED STATES OF AMERICA | : January 14, 2026 |

GOVERNMENT'S REQUEST FOR EXTENSION OF TIME TO RESPOND
TO DOCKET ## 868 & 869, DEFENDANT'S MOTION FOR RELEASE AND MOTION TO
VACATE TRANSFER

As the Court is aware, the defendant pled guilty in this case (3:10CR222 (RNC)) in February 2013 [Doc. 367], with sentencing and judgment entered in December 2013 [Doc. 577, 583], and judgment affirmed on appeal. The related criminal case was formally transferred to Florida over a year ago, in December 2024 [Doc. 865-866], as the defendant was on the latter part of his term of supervised release. Apparently, the defendant has now violated supervise release in Florida and has been reincarcerated.  In an effort to get around his reincarceration, he has now filed two *pro se* motions here in Connecticut, a motion for release and a motion for vacating the transfer of the case to Florida to handle the defendant's period of supervised release. Doc. 868 & 869.  The Court instructed a response be filed to these two motions by January 20, unless additional time were needed. Doc. 871.

For the reasons discussed below, the undersigned respectfully requests an extension of time until February 13, 2026 to permit the undersigned to review the applicable law, to refamiliarize himself with the record, to discuss the matter with the AUSA in Florida and to draft and file the appropriate response.

Since the time the recent pleadings and a separate pleading filed in the defendant's companion 2255 action on January 6, 2026, the undersigned has been addressing the press of

1

business that often is significant at the beginning of a new year. Such immediate business includes, as an Office supervisor, reviewing a number of other matters of other AUSAs who have their own January/February deadlines. In addition, the undersigned has his own active caseload. Last week, the undersigned was required to prepare matters for a scheduled evidentiary presentation; to draft lengthy sentencing memoranda for upcoming sentencings; and to participate in a sentencing hearing in Hartford. This week and going forward, in addition to the ongoing supervisory responsibilities and drafting the present request for extension of time, the undersigned is drafting a lengthy sentencing memorandum and preparing for a different evidentiary presentation. Next week, the undersigned has an evidentiary presentation in New Haven as well as two long-scheduled sentencings taking place in Hartford. In addition, the undersigned is preparing for and assisting in AUSA and agent training next Friday. The undersigned then also is scheduled to prepare for and undertake an evidentiary hearing in New Haven the week of January 26 and an evidentiary presentation the week of February 2 - February 6. And the undersigned will now be reviewing and preparing a response to a pleading filed in the defendant's related civil 2255 action, with that response now due February 13, 2026.

Although the undersigned believes the defendant's motions are baseless, the defendant's motions will undoubtedly require the undersigned to undertake research regarding the applicable law and then refamiliarize himself with the underlying record. Realistically, the undersigned may not have sufficient time to begin a meaningful review until the end of the first week in February. As a result, the undersigned respectfully requests that the time for any response to the defendant's recently filed motions be extended until February 13, 2026, to correspond with the date for filing the government's response in the civil 2255 action.

Respectfully submitted,

DAVID X. SULLIVAN
UNITED STATES ATTORNEY

*/s/Christopher W. Schmeisser*

CHRISTOPHER W. SCHMEISSER
ASSISTANT U.S. ATTORNEY
Federal Bar No. ct14806
christopher.schmeisser@usdoj.gov
157 Church Street, 25TH Floor
New Haven, CT  06510
Tel.: (203) 821-3700

CERTIFICATION OF SERVICE

  I hereby certify that on January 14, 2026, a copy of the foregoing was filed electronically, by facsimile and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

  A copy of this motion has been mailed to:

Robert Henry Rivernider, Jr.
Jail ID No. 25041136
Orange County Corrections Dept.
3855 So John Young Pwky,
Orlando, FL 32839

            */s/Christopher W. Schmeisser*
            Christopher W. Schmeisser
            Assistant United States Attorney