## UNITED STATES DISTRICT COURT

### DISTRICT OF CONNECTICUT

MAR 20 2026 PM 12:45
FILED-USDC-CT-HARTFORD

United States of America

v.

Robert H. Rivernider

Case No. **3:10-cr-222 (RNC)**

---

## MOTION FOR JUDICIAL NOTICE OF ABSENCE OF DOCKET ENTRIES RELATING TO TRANSFER OF SUPERVISION

Defendant Robert H. Rivernider, proceeding **pro se**, respectfully moves this Court to take judicial notice of the absence of docket entries relating to the transfer of supervision to the Middle District of Florida.

---

### I. INTRODUCTION

1. Defendant seeks judicial notice of the current docket record in this case concerning the transfer of supervision to the Middle District of Florida.

2.  Publicly available records indicate that this Court entered an order transferring jurisdiction on **December 4, 2024**, and that the Middle District of Florida accepted jurisdiction on **December 9, 2024**.

3.  However, review of the publicly available docket in **Case No. 3:10-cr-222** does not appear to reflect filings documenting the transfer process or the materials submitted in support of that transfer.

4.  Because the revocation proceedings in the Middle District of Florida relied upon the existence of that transfer, the accuracy and completeness of the docket record are matters of substantial importance.

## II. BASIS FOR JUDICIAL NOTICE

5.  Federal Rule of Evidence **201** permits courts to take judicial notice of facts that can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned.

6.  Court docket records fall squarely within this category.

7.  Defendant therefore respectfully requests that the Court take judicial notice that the docket in this case presently does not appear to contain entries reflecting filings related to the 2024 transfer of supervision.

## III. IMPORTANCE OF THE DOCKET RECORD

2

8. Transfers of jurisdiction under **18 U.S.C. §3605** are typically documented through filings such as:

a. Requests for transfer of jurisdiction;

b. Probation reports or memoranda supporting the transfer;

c. Orders approving the transfer.

9. The absence of such entries on the docket raises questions regarding whether the Court was provided the complete factual circumstances surrounding alleged violations before approving the transfer.

10. Ensuring the accuracy of the docket record is important both for the integrity of the Court's proceedings and for determining whether jurisdiction was properly transferred before revocation proceedings were initiated in another district.

## IV. RELATED RECORD CONCERNS

11. In the related revocation case in the **Middle District of Florida**, Case No. **5:24-cr-138**, several early docket entries also appear to be absent from the publicly available docket.

12. Specifically, docket entries **2 through** 7 do not appear to be accessible.

13. Those entries may contain information relating to the initiation of the revocation proceeding and the circumstances surrounding the transfer of supervision.

## V. RELIEF REQUESTED

WHEREFORE Defendant respectfully requests that this Court:

3

A. Take judicial notice that the docket in Case No. **3:10-cr-222** presently does not contain entries documenting filings associated with the 2024 transfer of supervision;

B. Clarify whether any such transfer filings were submitted to the Court but not docketed; and

C. Grant such further relief as the Court deems just and proper.

Respectfully submitted,

*Robert Henry Rivernider, Jr*

ELECTRONIC SIGNATURE: /S/ Robert Henry Rivernider, Jr

Defendant–Appellant, Pro Se

With Permission

Reg. No. 96006-004

FDC Miami

Federal Detention Center

PO Box 019120

Miami, FL 33101

Date: March 16, 2026

4

## CERTIFICATE OF SERVICE

I certify that a copy of this Motion to Compel was mailed to the United States Attorney's Office

for the District of Connecticut on this March 16, 2026.

Office of the United States Attorney

District of Connecticut

157 Church Street, 25th Floor

New Haven, CT 06510

Respectfully submitted,

Robert Henry Rivernider, Jr

*Robert Henry Rivernider, Jr*

ELECTRONIC SIGNATURE: /S/ Robert Henry Rivernider, Jr

Pro Se Petitioner

With Permission