

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

United States of America,
v.
**Robert Henry Rivernider, Jr.,**
Defendant, Pro Se.

Case No.: **3:10-cr-00222 (RNC)** & Case No. **3:14-cv-01000 (RNC)**

# NOTICE OF CHANGE OF ADDRESS

Defendant, **Robert Henry Rivernider, Jr., appearing pro se**, respectfully notifies the Court that his address has changed effective **April 15, 2026**.

Defendant was transferred from prior federal detention facilities and is now housed at the following address:

**Robert Rivernider**
Reg. No. **96006-004**
**FCI Beckley – Satellite Camp**
PO Box 350
Beaver, WV 25813

Defendant is now permanently designated to the facility listed below, and all legal mail should be directed to this address until further notice.

Defendant respectfully requests that the Clerk update the Court's records to reflect this new mailing address immediately.

Respectfully submitted,

*Robert Henry Rivernider, Jr*

ELECTRONIC SIGNATURE: /S/ Robert Henry Rivernider, Jr
Pro Se Petitioner, With Permission

April 17, 2026

Robert Rivernider Petitioner, Pro Se Reg. No. 96006-004 FCI Beckley, Satellite Camp P.O. Box 350 Beaver, WV 25813

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Change of Address was placed in US Mail system on April 20, 2026, addressed to:

United States Attorney's Office
District of Connecticut

*Robert Henry Rivernider, Jr*

ELECTRONIC SIGNATURE: /S/ Robert Henry Rivernider, Jr
Pro Se Petitioner, With Permission