Robert Rwernder
Reg # 96006-004
FCI Beckley - Satellite Camp
PO Box 350
Beaver CANV 25813

ORLANDO FL 328

22 APR 2026 PM 2 L

U.S. District Court
District of Ct
Clerk of the Court
450 Main St    Ste A01
Hartford  CT   06106

X-RAY SCREEN COMPLETED

06103-307996